RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Chelsey Rae Hotus<br>　　　　　Defendant. | Case No.: ED16mJ112-DUTY<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __WESTERN__ District of __TEXAS__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF ABSCONDING
- ACTIVE WARRANT
- SUBMISSION

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 4/1/16

*/s/ David T. Bristow*
HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2